**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

      vs.                    **3:97CR0082-039 (SEC)**

**MANUEL TORRES-GALINDEZ,
T/N: VICTOR MANUEL TORRES–GALINDEZ**
\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION NOTIFYING VIOLATIONS TO CONDITIONS OF
RELEASE AND REQUEST FOR THE ISSUANCE OF
AN ARREST WARRANT AND ORDER TO SHOW CAUSE HEARING**

**TO THE HONORABLE SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW**, Damarys I. Tellado, U.S. Probation Officer of this Honorable Court, presenting an official report upon the conduct of Manuel Torres-Galíndez, who was originally sentenced on July 7, 1999, to seventy-eight (78) months of imprisonment and four (4) years of supervised release after having been convicted of violating Title 21, United States Code, Section 846.

      On November 4, 2003, the above-mentioned term of supervised release was revoked due to violation of both statutory and standard conditions of release. On March 18, 2005, Mr. Torres-Galíndez was released from state prison to commence his Court imposed twenty-seven (27) month supervision term.

      Mr. Torres-Galindez is currently detained at Las Cucharas Correctional Complex in Ponce, Puerto Rico. He is suspected of having committed the following crimes as cited on official police documents:

| April 1, 2005 | Possession of a Firearm |
| --- | --- |
| | Robbery at Gunpoint of $350 |
| April 4, 2005 | Possession of a Firearm |
| | Car Robbery at Gunpoint |
| | Robbery at Gunpoint Conducted at a Burger King Establishment |
| | Sexual Assault of a Burger King Employee |
| April 5, 2005 | Robbery of $97 With the Use of a Deadly Weapon (knife 6" long) |
| April 9, 2005 | Possession of a Firearm |
| | Possession of a Loaded Mutilated Weapon |
| | Possession of Ammunition ("Hollow Point" bullets) |

The above-mentioned cases are being held at the Superior Court in Ponce. The preliminary hearings are scheduled to be held on May 5, 2005. The Court will be duly notified of all findings.

**WHEREFORE,** I declare under penalty of perjury, that the foregoing is true and correct. In light of the aforementioned violations, it is respectfully requested that a warrant be issued and that same be lodged as a detainer by the U.S. Marshal's Service so that Mr. Torres-Galíndez may be brought before this Court to show cause why his supervised release term should not be revoked; thereupon, he be dealt with pursuant to law.

In San Juan, Puerto Rico, this 14th day of April 2005.

Respectfully submitted,

s/Damarys I. Tellado
U.S. Probation Officer
Federal Office Building Rm 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel. (787) 766-5596/771-1401
Fax.: (787) 766-5945
E-mail: damarys_tellado@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney, W. Stephen Muldrow and to defense counsel, Salvador Pérez-Mayol.

s/Damarys I. Tellado
U.S. Probation Officer
Federal Office Building Rm 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel. (787) 766-5596/771-1401
Fax.: (787) 766-5945
E-mail: damarys_tellado@prp.uscourts.gov

DT/

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**Plaintiff**

    **v.s.**                                                                        3:97CR0082-039 (SEC)

**MANUEL TORRES-GALINDEZ,**
**T/N: VICTOR MANUEL TORRES-GALINDEZ**
**Defendant**
\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon a petition of DAMARYS I. TELLADO, U.S. Probation Officer of this Court, alleging that releasee, Manuel Torres-Galindez, has failed to comply with his conditions of his supervised release.

It is ORDERED that releasee appear before this Court on _____ 2005, at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked, thereupon, he to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk will issue the corresponding warrant for the arrest of the releasee, Manuel Torres-Galindez, and notify counsel for releasee and for the government with a copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this _____ day of _____ 2005.

                                                                        **SALVADOR E. CASELLAS**
                                                                        **U.S. DISTRICT JUDGE**