IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>MANUEL TORRES-GALINDEZ<br>T/N VICTOR MANUEL TORRES-GALINDEZ<br><br>Defendant | May 05, 2005<br><br>CR. 97-082-39 (SEC) |

## MINUTES AND ORDER

A Show Cause hearing was scheduled for May 05, 2005. Defendant is currently detained at Section 676 of Las Cucharas Correctional Complex in Ponce, Puerto Rico . Magistrate Gelpí hereby orders that a Writ of Habeas Corpus ad Prosequendum be issued to bring this defendant before the Court on **Thursday, May 12, 2005 at 3:00 p.m.** **.**

GUSTAVO A. GELPI
U.S. MAGISTRATE JUDGE

S/ Carlos J. Rodríguez
Deputy Clerk