# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                DATE: 5-12-05

HONORABLE GUSTAVO A. GELPI, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ     CR. 97-082-39 (SEC)

C. REPORTER : FTR

INT : HILDA GUTIERREZ
================================================================

UNITED STATES OF AMERICA            AUSA- EVELYN CANALS

Plaintiff(s)

V.

VICTOR M. TORRES-GALINDEZ           AFPD-FRANCISCO VALCARCEL

Defendant(s)
================================================================

CASE CALLED FOR ORDER TO SHOW CAUSE HEARING. Defendant appears before the Court based on Writ of Habeas Corpus ad Prosequendum issued by Magistrate Judge Gelpí on May 06, 2005. Arguments by both parties heard. After hearing the parties Magistrate Gelpí entered his findings as to probable cause to revoke defendant's conditions of supervised release. Case is referred to Honorable Casellas for final revocation hearing. Defendant shall remain committed at MDC-Guaynabo. No Report and Recommendation will be issue.

                                        S/ Carlos J. Rodríguez
                                        Deputy Clerk