**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

    **vs**　　　　　　　　　　　　　　　　　　　　　**3: 97 CR 082-39 (SEC)**

**VICTOR MANUEL TORRES-GALINDEZ**
\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR CONTINUANCE OF**
**ORDER TO SHOW CAUSE HEARING**
**SCHEDULED FOR MAY 20, 2005**

**TO THE HONORABLE SALVADOR E. CASELLAS**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, DAMARYS I. TELLADO, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully informs as follows:

    1. That on April 14, 2005, the U.S. Probation Office filed a motion notifying violations of release conditions and requesting the issuance of an arrest warrant as well as an order to show cause hearing.

    2. That an Order to Show Cause Hearing is scheduled to be held on May 20, 2005.

    3. That the final hearing at the Superior Court in Ponce, Puerto Rico, is scheduled for June 21, 2005.

**WHEREFORE,** I declare under penalty of perjury, that the foregoing is true and correct and unless the Court rules otherwise, it is respectfully requested that this Honorable Court take note of the above-mentioned and consider postponing the revocation hearing scheduled to be held on May 20, 2005, so as to allow the U.S. Probation Officer to provide the Court with the final disposition of the releasee's new local criminal cases. The tolling of releaseee's term of supervised release is also respectfully requested. The Court's time, attention and consideration in the matter at hand is greatly appreciated.

In San Juan, Puerto Rico, this 16th day of May 2005.

Respectfully submitted,

s/Damarys I. Tellado
Damarys I. Tellado
U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel.: (787) 766-5596
Fax.: (787) 281-4940
damarys_tellado@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Sonia I. Torres-Pabón and to defense attorney, Francisco Valcarcel.

                s/Damarys I. Tellado
                Damarys I. Tellado
                U.S. Probation Officer
                Federal Office Building
                150 Carlos Chardón Ave.
                San Juan, P.R. 00918-1741
                Tel.: (787) 766-5596
                Fax.: (787) 281-4940
                damarys_tellado@prp.uscourts.gov

DT/