IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　v.<br><br>VICTOR TORRES-GALINDEZ,<br>　　Defendant. | CRIMINAL NO. 97-082-39 (SEC) |

**REQUEST FOR EXPEDITED HEARING**

HON. SALVADOR E. CASELLAS
SENIOR UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

　　**COMES NOW** Mr. Victor Torres-Galindez, the defendant herein, represented by the Federal Public Defender for the District of Puerto Rico, and before this Honorable Court respectfully states and prays as follows:

　　1. On April 14th 2005 the undersigned received copy of a Motion Notifying Violations to Conditions of Release and Request for the Issuance of an Arrest Warrant and Order to Show Cause Hearing (Document number 3260). The motion lists a number of offenses alleged to have been committed between the dates of April 1st and April 9th, 2005.

　　2. A Writ of Habeas Corpus Ad Prosequendum was issued by Magistrate Judge Gelpí on May 6th, 2005, as defendant had been in state custody at Las Cucharas Correctional Facility in Ponce. On May 12th 2005 an Order to Show Cause hearing was held before Judge Gelpí wherein defendant was remanded to federal custody. The case was then referred to Your Honor for final disposition (Document number 3268).

3. A Final Revocation hearing date was set for May 20th 2005. However, on May 16th probation officer Damarys Tellado filed a Motion Requesting a Continuance of the same. A tolling of the term of supervised release was also requested. Hearings at the state level for the alleged offenses were scheduled for June 21st , 2005.

4. The undersigned, thru the assistance of defendant's family in Ponce, obtained state court documents indicating that cases **JIVP2005 01706-01707; JIVP2005 01708-01710; JIVP2005 01711-01712** and **JIVP2005 01713-01715** were dismissed under Rule 64 of the Puerto Rico rules of criminal procedure on July 13th 2005. Copies of the same are attached below. In addition, the undersigned called the Ponce Superior Court to determine whether there any open cases involving defendant left. This writer was informed that all of the cases have been disposed of as indicated above. Therefore, the setting of a hearing date is respectfully requested, wherein the alleged violation(s) of supervised release can be disposed of.

**WHEREFORE** it is respectfully requested that a hearing date be set, wherein defendant is present and a final disposition of the matter can be made.

**RESPECTFULLY REQUESTED**.

In San Juan, Puerto Rico, July 22nd , 2005.

JOSEPH C. LAWS, JR.
Federal Public Defender
S/FRANCISCO VALCARCEL-FUSTER
USDC-PR #220108
Assistant Federal Public Defender
241 Franklin D. Roosevelt Avenue
Hato Rey, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail : *francisco_valcarcel@fd.org*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22nd , 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the government, U.S. Attorney H.S. García, and the U.S. Probation Office (Damarys Tellado).

At San Juan, Puerto Rico, this 22nd day of July, 2005.

**JOSEPH C. LAWS, JR**
**Federal Public Defender**
**District of Puerto Rico**

S/FRANCISCO VALCARCEL-FUSTER
 USDC-PR #220108
Assistant Federal Public Defender
241 Franklin D. Roosevelt Avenue
Hato Rey, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail : *francisco_valcarcel@fd.org*