ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE PONCE
SALA SUPERIOR 403

| EL PUEBLO DE PUERTO RICO | V.P. JTVP2005 01-206 a) |
|---|---|
| Vs | JTVP2005 01707 |
| Victor Torres Galindo | RECEIVED 2005 III 19 PM 2:50 |
| Acusado(a) | Art 5.04 LA |
| | (Delitos Imputados al(a la) Acusado(a)) |

## VISTA PRELIMINAR, REGLA 23 DE PROCEDIMIENTO CRIMINAL
### RESOLUCIÓN

La vista preliminar en este caso fue señalada para el día __13__ de __Julio__ de __05__ y el (la) juez (a) o suscribiente resuelve que:

☐ Existe causa probable para creer que él (la) acusado (a) ha cometido los siguientes delitos: _____, luego de:

  ☐ Celebrada la Vista    ☐ Renuncia por incomparecencia    ☐ Renuncia por escrito
☐ Acusado(a) citado a la Sala de Ponce 5to. piso para:
  ☐ Lectura de acusación el día ___ de _____ de ___, a las ___ en el Salón Núm. ___.
  ☐ Juicio el día ___ de _____ de ___, a las ___ en el Salón Núm. ___.
☐ Testigos citados para el juicio en la Sala Superior de Ponce, el día ___ de _____ de ___, a las ___ en el Salón ___.

☐ Acusado(a) bajo la fianza prestada   ☐ Ingresado   ☐ Acusado(a) prestará fianza de _____
☐ La denuncia imputa un delito menos grave:
  ☐ Acusado(a) y testigos citados para juicio en el Tribunal de _____, Sala ___
    Salón de Sesiones Núm. ___ el día ___ de _____ de ___ a las ___.

☐ No existe causa probable.
☐ Él (la) acusado (a) es menor de 18 años; refiérase a Ayuda Juvenil.
☐ Archívese el caso por Regla 247, por los fundamentos expresados en las observaciones
☒ Desestímese por la Regla 64; inciso __(n)(5)__
☐ Acusado (a) citado para Sala Superior por Regla 24 el día ___ de _____ de ___.
☐ Se declara al (a la) acusado (a) prófugo (a) de la justicia.
Observaciones: _____

Remítase el expediente de este caso a la Fiscalía de Ponce o al Tribunal de Instancia de Ponce para ulteriores procedimientos consecuentes a la determinación arriba expresada.

En Ponce, Puerto Rico, a __13__ de __Julio__ de 2005.

Fiscal: No Hay 3:21
Defensor: Lemuel Negron

**MARIELA MIRANDA RECIO**
Juez Superior del Tribunal de Primera Instancia

OAT 943-1 (Rev. Marzo/1999)
Vista Preliminar, Regla 23 de
Procedimiento Criminal - Resolución

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**CENTRO JUDICIAL DE PONCE**
**SALA SUPERIOR 403**

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>Vs<br><br>__Victor Torres Galindo__<br>Acusado(a) | V.P. RECEIVED 200501708 al<br>FEDERAL JUL 15 2005 01710<br>POR: Art. 173 CP (2 cargos)<br>2005 JUL 19 Art9 $4.04 54. A.<br><br>(Delitos Imputados al(a la) Acusado(a)) |

### VISTA PRELIMINAR, REGLA 23 DE PROCEDIMIENTO CRIMINAL
### RESOLUCIÓN

La vista preliminar en este caso fue señalada para el día __13__ de __Julio__ de __05__ y el (la) Juez (a) o suscribiente resuelve que:

☐ Existe causa probable para creer que él (la) acusado (a) ha cometido los siguientes delitos: _____, luego de:
  ☐ Celebrada la Vista   ☐ Renuncia por incomparecencia   ☐ Renuncia por escrito
☐ Acusado(a) citado a la Sala de Ponce 5to. piso para:
  ☐ Lectura de acusación el día ___ de _____ de _____, a las _____ en el Salón Núm. ___
  ☐ Juicio el día ___ de _____ de _____, a las _____ en el Salón Núm. ___
☐ Testigos citados para el juicio en la Sala Superior de Ponce el día ___ de _____ de _____, a las _____ en el Salón _____

☐ Acusado(a) bajo la fianza prestada   ☐ Ingresado   ☐ Acusado(a) prestará fianza de _____
☐ La denuncia imputa un delito menos grave:
  ☐ Acusado(a) y testigos citados para juicio en el Tribunal de _____, Sala ___
  Salón de Sesiones Núm. ___ el día ___ de _____ de _____, a las _____

☐ No existe causa probable.
☐ Él (la) acusado (a) es menor de 18 años; refiérase a Ayuda Juvenil.
☐ Archívese el caso por Regla 247, por los fundamentos expresados en las observaciones
☒ Desestímese por la Regla 64; inciso __(h)(5)__
☐ Acusado (a) citado para Sala Superior por Regla 240 el día ___ de _____ de _____
☐ Se declara al (a la) acusado (a) prófugo (a) de la justicia.
Observaciones: _____

Remítase el expediente de este caso a la Fiscalía de Ponce o al Tribunal de __Instancia__ de __Ponce__ para ulteriores procedimientos consecuentes a la determinación arriba expresada.

En Ponce, Puerto Rico, a __13__ de __Julio__ de 2005.
Fiscal: __no hay 3.21__
Defensor: __Lemuel Negron__

_____
**MARIELA MIRANDA RECIO**
Juez Superior del Tribunal de Primera Instancia

OAT 943-1 (Rev. Marzo/1999
Vista Preliminar, Regla 23 de
Procedimiento Criminal - Resolución

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE PONCE
SALA SUPERIOR 403

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>Vs<br><br>Victor James Galindo<br>_____<br>Acusado(a) | V.P. JUP2005 01711<br>JUP2005 01712<br>POR: Art. 1ᵒ<br>Art. 5.05 L.A.<br><br>(Delitos Imputados al(a la) Acusado(a)) |

RECEIVED FEDERAL PUBLIC DEFENDER 2005 JUL 18 PM 2:50

## VISTA PRELIMINAR, REGLA 23 DE PROCEDIMIENTO CRIMINAL
### RESOLUCIÓN

La vista preliminar en este caso fue señalada para el día __13__ de __Julio__ de __05__ y el (la) Juez (a) o suscribiente resuelve que:

☐ Existe causa probable para creer que el (la) acusado (a) ha cometido los siguientes delitos: _____, luego de:
  ☐ Celebrada la Vista    ☐ Renuncia por incomparecencia    ☐ Renuncia por escrito
☐ Acusado(a) citado a la Sala de Ponce 5to. piso para:
  ☐ Lectura de acusación el día ___ de _____ de ___, a las ___ en el Salón Núm. ___
  ☐ Juicio el día ___ de _____ de ___, a las ___ en el Salón Núm. ___
☐ Testigos citados para el juicio en la Sala Superior de Ponce el día ___ de _____ de ___, a las ___ en el Salón ___.

☐ Acusado(a) bajo la fianza prestada   ☐ Ingresado   ☐ Acusado(a) prestará fianza de _____
☐ La denuncia imputa un delito menos grave:
  ☐ Acusado(a) y testigos citados para juicio en el Tribunal de _____, Sala ___
  Salón de Sesiones Núm. ___ el día ___ de _____ de ___ a las ___.

☐ No existe causa probable.
☐ Él (la) acusado (a) es menor de 18 años; refiérase a Ayuda Juvenil.
☐ Archívese el caso por Regla 247, por los fundamentos expresados en las observaciones
☒ Desestímese por la Regla 64; inciso __(n)(5)__
☐ Acusado (a) citado para Sala Superior por Regla 24 el día ___ de _____ de ___.
☐ Se declara al (a la) acusado (a) prófugo (a) de la justicia.
Observaciones: _____

Remítase el expediente de este caso a la Fiscalía de Ponce o al Tribunal de Instancia de Ponce para ulteriores procedimientos consecuentes a la determinación arriba expresada.

En Ponce, Puerto Rico, a __13__ de __Julio__ de 2005.
Fiscal: _No hay 3:2_
Defensor: _Lemuel Negron_

_____
MARIELA MIRANDA RECIO
Juez Superior del Tribunal de Primera Instancia

OAT 943-1 (Rev. Marzo/1999
Vista Preliminar, Regla 23 de
Procedimiento Criminal - Resolución

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE PONCE
SALA SUPERIOR 403

| EL PUEBLO DE PUERTO RICO  Vs  Victor Torres Galindo  Acusado(a) | P.  OR:  Art. Jul 19 PM 2:50  Art. 5.10 LA  Art. 6.01 LA  (Delitos Imputados al(a la) Acusado(a)) |

*VISTA PRELIMINAR, REGLA 23 DE PROCEDIMIENTO CRIMINAL*
**RESOLUCIÓN**

La vista preliminar en este caso fue señalada para el día 13 de julio de 05 y el (la) Juez (a) o suscribiente resuelve que:

☐ Existe causa probable para creer que él (la) acusado (a) ha cometido los siguientes delitos: _____, luego de:

☐ Celebrada la Vista   ☐ Renuncia por incomparecencia   ☐ Renuncia por escrito

☐ Acusado(a) citado a la Sala de Ponce 5to. piso para:
  ☐ Lectura de acusación el día ___ de _____ de ___, a las ___ en el Salón Núm. ___
  ☐ Juicio el día ___ de _____ de ___, a las ___ en el Salón Núm. ___

☐ Testigos citados para el juicio en la Sala Superior de Ponce el día ___ de _____ de ___, a las ___ en el Salón ___

☐ Acusado(a) bajo la fianza prestada   ☐ Ingresado   ☐ Acusado(a) prestará fianza de _____

☐ La denuncia imputa un delito menos grave:
  ☐ Acusado(a) y testigos citados para juicio en el Tribunal de _____, Sala ___ Salón de Sesiones Núm. ___ el día ___ de _____ de ___ a las ___

☐ No existe causa probable.
☐ Él (la) acusado (a) es menor de 18 años; refiérase a Ayuda Juvenil.
☐ Archívese el caso por Regla 247, por los fundamentos expresados en las observaciones
☒ Desestímese por la Regla 64; inciso (n)(5)
☐ Acusado (a) citado para Sala Superior por Regla 24 el día ___ de _____ de ___
☐ Se declara al (a la) acusado (a) prófugo (a) de la justicia.

Observaciones: _____

Remítase el expediente de este caso a la Fiscalía de Ponce o al Tribunal de Instancia de Ponce para ulteriores procedimientos consecuentes a la determinación arriba expresada.

En Ponce, Puerto Rico, a 13 de julio de 2005.

Fiscal: No hay 3:21
Defensor: Lemuel Negrón

**MARIELA MIRANDA RECIO**
Juez Superior del Tribunal de Primera Instancia

OAT 943-1 (Rev. Marzo/1999)
Vista Preliminar, Regla 23 de
Procedimiento Criminal - Resolución