# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO          DATE: August 26, 2005

COURT REPORTER: Diane BREAZ          **CRIM. NO. 97-082 (39)(SEC)**

COURT INTERPRETER: Tommy KAVELIN
=====================================================================
                                                  Attorneys:

UNITED STATES OF AMERICA          AUSA, JOSE RUIZ-SANTIAGO

vs.

VICTOR MANUEL TORRES-GALINDEZ          JOANNIE PLAZA-MARTINEZ
U/C 15607-069


=====================================================================


The defendant is present in court. He is __X__ under custody ___ on bond

     **CASE CALLED FOR REVOCATION HEARING**.

Attorney Joannie Plaza requests to continue hearing pending the resolution of the State Court

charges. **Revocation Hearing is reset for September 30, 2005 at 10:00 a.m., before Judge**

**Salvador E. Casellas.**


                                        *S/ Sulma López-Defilló*
                                        Courtroom Deputy Clerk