ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE PONCE

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO | CRIM NUM_____ |
| VS | POR: |
| VICTOR TORRES GALINDO<br>ACUSADO | ARTICULO 5.04, 5.10 Y 6.01 LEY ARMAS |

SOLICITUD DE CALENDARIZACIÒN DE VISTA PRELIMINAR EN ALZADA

AL HONORABLE TRIBUNAL:

COMPARECE el PUEBLO DE PUERTO RICO, representado por el Fiscal que suscribe y a este Honorable Tribunal muy respetuosamente EXPONE, ALEGA Y SOLICITA:

1- Que la Vista Preliminar en el caso de epígrafe, conforme lo dispuesto por la REGLA 23, DE PROCEDIMIENTO CRIMINAL, se efectuó el DIA 14 DE SEPTIEMBRE DE 2005 ante la presencia del HON. JUEZ JUAN HERNÀNDEZ del Tribunal de Distrito.

2- Que en la vista preliminar dicho magistrado determinó que NO EXISTE CAUSA PROBABLE por dicho delito.

3- Que el Fiscal que suscribe no está conforme con dicha determinación, ya que entiende que la prueba con que cuenta justifica, como cuestión de derecho, una determinación de causa probable por el delito de epígrafe.

4- Que dicha VISTA PRELIMINAR EN ALZADA está señalada para el dia 13 DE OCTUBRE DE 2005.

POR TODO LO CUAL, se solicita de este Hon. Tribunal que previos los trámites de ley, declare CON LUGAR esta moción en todas sus partes y en su consecuencia provea de conformidad con lo solicitado.

CERTIFICO: HABER ENVIADO COPIA DE LA PRESENTE MOCIÓN LCDO. CARLOS GARCIA, A SU DIRECCIÒN EN RECORD.

PONCE, PUERTO RICO A 22 DE SEPTIEMBRE DE 2005.

*[firma]*

ESTHER I HERNÀNDEZ OLÀN
FISCAL AUXILIAR
COLEGIADO NÙM. 5905
FISCALIA DE PONCE
P O BOX 330466
PONCE PR 00733-0466