### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

           **vs**                        **Case Number:  3:97CR082-39 (SEC)**

**VICTOR MANUEL TORRES-GALINDEZ**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION IN RESPONSE TO COURT ORDER
### ISSUED ON SEPTEMBER 30, 2005

**TO THE HONORABLE SALVADOR E. CASELLAS, SENIOR**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

      **COMES NOW, DAMARYS I. TELLADO, U.S. PROBATION OFFICER** of this Honorable Court, and respectfully submits as follows:

      1. That pursuant to Court Order issued on September 30, 2005, the revocation proceeding was held "sine die" pending a final determination of the state court.

      2. That on November 15, 2005, no probable cause was found regarding the local charges.

      **WHEREFORE,** I declare under penalty of perjury, that the foregoing is true and correct. In light of the aforementioned**,** it is respectfully requested that the Court schedule a revocation hearing to determine if the releasee has violated his conditions of supervised release as stated in motion filed on April 14, 2005. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 26th day of January 2006.

Respectfully submitted,

s/Damarys I. Tellado
U.S. Probation Officer
Federal Office Building Rm 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel. (787) 766-5596/771-1401
Fax.: (787) 766-5945
E-mail: damarys_tellado@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney, Sonia I. Torres-Pabón and to Federal Public Defender, Francisco Valcarcel.

s/Damarys I. Tellado
U.S. Probation Officer
Federal Office Building Rm 400
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1741
Tel. (787) 766-5596/771-1401
Fax.: (787) 766-5945
E-mail: damarys_tellado@prp.uscourts.gov

DT/