## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    **vs.**                                                    **Case. No.: 97CR00082-39(SEC)**

**VICTOR MANUEL TORRES-GALINDEZ**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION REQUESTING CONTINUANCE OF REVOCATION HEARING

**TO THE HONORABLE SALVADOR E. CASELLAS**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, MALISSA Y. APONTE, U.S. PROBATION OFFICER of this**

**Honorable Court,** requesting a continuance of the revocation hearing scheduled for April 21, 2006

at 9:00am.   I respectfully present the following factors which contribute to  my request:

- U.S. Probation Officer Damarys Tellado has transferred to another federal agency and will not be present for the revocation hearing.
- As a result, this writer has been assigned the Victor Manuel Torres-Galindez case.
- However, this writer already had a prior commitment and will be outside the Puerto Rico Jurisdiction and not available until the week of May 8, 2006.

    In San Juan, Puerto Rico, this 12th day of April, 2006.

                          Respectfully submitted,

                          EUSTAQUIO BABILONIA, CHIEF
                          U.S. PROBATION OFFICER

S/Malissa Y. Aponte
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
(787) 294-1648