# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO          DATE: May 12, 2006

COURT REPORTER: FTR/sld                         **CRIM. NO. 97-082 (39)(SEC)**

COURT INTERPRETER: Annie Navarro

=====================================================================
                                       <u>Attorneys:</u>

UNITED STATES OF AMERICA               AUSA, JUDITH VARGAS

vs.

VICTOR MANUEL TORRES-GALINDEZ          AFPD, FRANCISCO VALCARCEL
U/C 15607-069

=====================================================================

The defendant is present in court. He is __X__ under custody ___ on bond

    **CASE CALLED FOR REVOCATION HEARING**.

__X__  Defendant admits having violated his conditions of Supervised Release.

    **SENTENCE IMPOSED ON   NOVEMBER 4, 2003 is REVOKED**.

**SENTENCE**: <u>Imprisonment for a term of 21 months. Supervised Release term of 6 months.</u>

                                       *S/ Sulma López-Defilló*
                                        Courtroom Deputy Clerk