UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

             v.            Cr. No. 3:97CR 82-39(SEC)

MANUEL TORRES-GALINDEZ,
T/N VICTOR MANUEL TORRES GALINDO
    Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Docket #3343 Motion Requesting that the Term of Supervised Release Imposed on May 2, 2006 be Vacated** | **GRANTED.** Accordingly, Defendant Manuel Torres Galindez' term of supervised release is hereby **TERMINATED**. |

DATE:   December 12th, 2006

                                            S/ *Salvador E. Casellas*
                                            SALVADOR E. CASELLAS
                                            United States District Judge