# UNITED STATES DISTRICT COURT

### JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WARRANT FOR ARREST** |
| vs | CASE NUMBER: Cr. 97-082-39 (SEC) |

**VICTOR M. TORRES-GALINDEZ**
#15607-069

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest ___VICTOR M. TORRES-GALINDEZ___
(Name)
and bring him forthwith to the nearest magistrate to answer an

[ ] Indictment      [ ] Information      [ ] Complaint

[ ] Order of Court   [X] Violation Notice   [ ] Violation of Bail Release Conditions

charging him with (brief description of offense)

**ONCE DEFENDANT IS ARRESTED, HE SHALL BE BROUGHT BEFORE U.S. MAGISTRATE JUDGE GUSTAVO GELPI FOR AN ORDER TO SHOW CAUSE HEARING, IN RE: SUPERVISED RELEASE VIOLATION.**

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| SALVADOR E. CASELLAS | U.S. DISTRICT JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] Deputy Clerk | May 4, 2005, at San Juan, P.R |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ -------- | By: SALVADOR E. CASELLAS, U.S. District Judge |
| | Name of Judicial Officer |

AO 442 (Rev. 12/85) Warrant for Arrest

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br>5-4-05<br>DATE OF ARREST<br>5-11-05 | NAME & TITLE OF ARRESTING OFFICER<br>JOSÉ CALDERON<br>TFA | SIGNATURE OF ARRESTING OFFICER<br>By: [signature] |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: ___VICTOR M. TORRES-GALINDEZ_____

ALIAS: _____

LAST KNOWN RESIDENCE:_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____